# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00382-CR
## NO. 03-02-00383-CR

**David Jay Goltl, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT
### NO. A-02-0352-S & A-02-0353-S, HONORABLE RAE LEIFESTE, JUDGE PRESIDING

David Jay Goltl seeks to appeal from judgments of conviction for evading arrest and unauthorized use of a motor vehicle. The clerk=s records contain written waivers of appeal signed by appellant and his attorney. These documents, which reflect a knowing and voluntary waiver of the right to appeal, were signed on the day sentence was imposed in open court. A defendant who knowingly and intelligently waives his right to appeal may not thereafter appeal without the consent of the trial court. *Ex parte Dickey*, 543 S.W.2d 99 (Tex. Crim. App. 1976); *see also Hurd v. State*, 548 S.W.2d 388 (Tex. Crim. App. 1977); *Reed v. State*, 516 S.W.2d 680 (Tex. Crim. App. 1974). The records indicate that the court denied permission to appeal. Moreover, appellant=s notices of appeal do not comply with Texas Rule of Appellate Procedure 25.2(b)(3). *See Whitt v. State*, 45 S.W.3d 274, 275 (Tex. App.CAustin 2001, no pet.).

The appeals are dismissed.



Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed:   October 10, 2002

Do Not Publish